**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JANE DOE,<br><br>*Plaintiff*,<br><br>– against –<br><br>UR M. JADDOU, et al.,<br><br>*Defendants*. | **Case No.:** 8:24-cv-650 |

**ORDER**

For the reasons set forth in the Motion for Leave to Proceed under Pseudonym and for Waiver of Local Rule 102.2(a), it is hereby ORDERED that Plaintiff is granted leave to proceed under the pseudonym Jane Doe and to be relieved of the duty under Local Rule 102.2(a) to disclose her address.

If Defendants object to this ruling, they may seek reconsideration within **14 days** of the entry of an appearance by counsel for the Defendants.

Dated: March 6, 2024

THEODORE D. CHUANG
United States District Judge